# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JACOB BAKER**  **PLAINTIFF**
**#005349**

v.                    Case No. 2:20-CV-75-LPR-BD

**PATRICIA SNYDER**, *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("the Recommendation") from United States Magistrate Judge Beth Deere recommending dismissal without prejudice for failure to prosecute. (Doc. 7). There have been no objections. After a careful review of the Recommendation, as well as of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings.

Accordingly, Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice for failure to prosecute. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 1st day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE